**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**TAYLOE MCDONALD,**

        **Plaintiff,**                        **CASE NO.: 3:19-CV-1385-J-32MCR**

v.

**DBWPC, INC., d/b/a**
**DELORES BARR WEAVER POLICY CENTER,**

        **Defendant.**
_____/

**MEDIATION REPORT**

A Mediation Conference was held on September 18, 2020, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:

    __X__ All individual parties and their respective trial counsel.
    __X__ Designated corporate representatives.
    ____ Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____

(c) The outcome of the mediation conference was:

    __X__ <u>The case has been completely settled</u>. In accordance with the Local Rules, lead counsel will promptly notify the Court of the disposition of the matter.

____  <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____
_____
_____
_____
_____

____  The conference was continued with the consent of all parties and counsel.  The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date.  Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

____  The parties have reached an impasse.

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 21, 2020, a true and correct copy of the foregoing was filed with the Clerk of Court using the E-Filing Portal, which will generate a notice of electronic filing to counsel of record.

/s/ *Carlos J. Burruezo, Esq.*
CARLOS J. BURRUEZO, ESQ.
BURRUEZO & BURRUEZO, PLLC
Florida Bar Number 843458
carlos@burruezolaw.com
docketing@burruezolaw.com
911 Outer Road
Orlando, Florida 32814
Telephone: 407.754.2904
Facsimile: 407.754.2905

4851-2331-1052, v. 1